JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD BROOKS, JR., <br> Petitioner, <br> v. <br> L.A. TWIN TOWERS CORRECTIONAL FACILITY, *et al.* <br> Respondent. | Case Nos. LA CV 17-3406 MWF (JCG) <br> LA CV 17-3509 MWF (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned actions are **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petitions for Writ of Habeas Corpus Without Prejudice.

DATED: January 22, 2018      _____

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE